IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| SANTEE SIOUX NATION, | |
| *Plaintiff,* | 8:23-CV-00530-BCB-MDN |
| vs. | |
| ROSELYN TSO, in her official capacity as Director of the Indian Health Service; | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS U.S. DEPARTMENT OF THE TREASURY, BUREAU OF THE FISCAL SERVICE AND TIMOTHY GRIBBEN UNDER F.R.C.P. 41(a)(1)(A)(i)** |
| UNITED STATES INDIAN HEALTH SERVICE; | |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| UNITED STATES DEPARTMENT OF THE TREASURY, BUREAU OF THE FISCAL SERVICE, TIMOTHY GRIBBEN, in his official capacity as Commissioner Bureau of Fiscal Service; and | |
| THE UNITED STATES OF AMERICA, | |
| *Defendants*. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Santee Sioux Nation by and through its counsel Conly J. Schulte and Ben Fenner hereby give notice that Defendants United States Department of the Treasury, Bureau of the Fiscal Service and Timothy Gribben, Commissioner of the Bureau of Fiscal Service are voluntarily dismissed without prejudice.

1

Dated: December 6th, 2023

        SANTEE SIOUX NATION,
        Plaintiffs

By:    /s/ *Conly Schulte*
Conly J. Schulte (NE Bar No. 20158)
Aidan Graybill (pro hac vice pending)
PEEBLES KIDDER BERGIN & ROBINSON LLP
945 Front Street
Louisville, CO 80027
Telephone: (303) 284- 8228
Email: cschulte@ndnlaw.com
       agraybill@ndnlaw.com


Ben Fenner (DC Bar No. 1011266)
PEEBLES KIDDER BERGIN & ROBINSON LLP
401 9th St. NW Suite 700
Washington, DC 20004
Telephone: (202) 450-4887
Email: bfenner@ndnlaw.com

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 6th day of December 2023, they served a true and correct copy of the foregoing Notice of Dismissal without prejudice of Defendants U.S. Department of the Treasury, Bureau of the Fiscal Service and Timothy Gribben upon the party below, by delivering the same via email and USPS certified mail to:

Lynnett M. Wagner
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
E-mail: LWagner@usa.doj.gov

                                         *s/ Serena Steiner*
                                         Serena Steiner, Legal Assistant
                                         Peebles Kidder Bergin & Robinson LLP