# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SANTEE SIOUX NATION,** | |
| Plaintiff, | 8:23CV530 |
| vs. | |
| **ROSELYN TSO, in her official capacity as Director of the Indian Health Service; UNITED STATES INDIAN HEALTH SERVICE, XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,** | ORDER |
| Defendants. | |

**IT IS ORDERED** that pursuant to Fed. R. Civ. P. 25(d) and Filing No. 64, P. Benjamin Smith, Acting Director of the Indian Health Service, is substituted for Roselyn Tso, Director of the Indian Health Service, and Robert F. Kennedy, Jr., Secretary of Health and Human Services is substituted for Xavier Becerra, Secretary of Health and Human Services.

The Clerk shall modify the docket to reflect this substitution.

Dated this 22nd day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge