# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SANTEE SIOUX NATION,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**P. BENJAMIN SMITH, in his official capacity as Acting Director of the Indian Health Service; UNITED STATES INDIAN HEALTH SERVICE, ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,**<br><br>        **Defendants.** | **8:23CV530**<br><br>**AMENDED**<br>**CASE PROGRESSION ORDER** |

      This matter comes before the Court on the parties' Stipulation to Amend Case Progression Order (Filing No. 67). After review of the parties' stipulation, the Court finds good cause to grant the requested extensions. Accordingly,

      **IT IS ORDERED** that the Motion to Amend Case Progression Order (Filing No. 67) is granted, and the case order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **January 30, 2026**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **February 13, 2026**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The parties do not anticipate calling experts to testify at trial. Plaintiff reserves the right to call experts if the need becomes apparent through the discovery process.

3) The planning conference set for October 29, 2025, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **February 25, 2026**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **February 27, 2026**.

5) The deadline for filing motions to dismiss and motions for summary judgment is **May 21, 2026**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 26th day of September, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge