**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

SANTEE SIOUX NATION,

Plaintiff,

v.

MARK CRUZ, in his official capacity as Director of the Indian Health Service, *et al.*,

Defendants.

No. 8:23-cv-530

**JOINT STATUS REPORT AND MOTION FOR 60-DAY EXTENSION OF TIME**

Plaintiff Santee Sioux Nation (the "Tribe") and Defendants Mark Cruz, Director of the Indian Health Service, the U.S. Indian Health Service, Robert F. Kennedy, Jr., the Secretary of Health and Human Services, the U.S. Department of Health and Human Services, and the United States of America (collectively, the "Government," and together with the Tribe, the "parties"), through their undersigned counsel, jointly submit this status report as requested by the Court in its August 18, 2026 Order. ECF No. 82.

Mediation occurred on November 9, 2026 with Mediator John Bickerman of Bickerman Dispute Resolution, LLC. The mediation was successful in reaching an agreement in principle to resolve the matter as a whole, subject to approval by Government decision-makers and the Tribal Council of the Tribe, and subject to the drafting and like approval of a final settlement agreement, which will be drafted and negotiated between the parties over the coming weeks. Because final approvals require coordination among Government agencies (HHS, DOJ and Treasury) and the Tribe, the parties jointly request a 60-day extension of the current Order staying all proceedings and deadlines (Filing No. 82) to allow the parties time to secure the proper approvals from both the Tribe and the Government for execution of the final settlement agreement and requisite

stipulations and orders for the Court's consideration.

Dated: November 9, 2026

Respectfully submitted,

*s/ Conly J. Schulte*
CONLY J. SCHULTE (NE Bar No. 20158)
AIDAN GRAYBILL *Pro hac vice*
PEEBLES BERGIN SCHULTE &
ROBINSON LLP
945 Front Street
Louisville, CO 80027
(303) 284-8228
cschulte@ndnlaw.com

*Attorneys for Santee Sioux Nation*

LESLEY A. WOODS
United States Attorney
District of Nebraska

ERIC SYNOWICKI, #26403
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
(402) 661-3700
eric.synowicki@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director

*s/ James D. Todd, Jr.*
JAMES D. TODD, JR.
U.S. Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box 883
Washington, DC 20044
(202) 514-3378
james.todd@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Conly J. Schulte*
CONLY J. SCHULTE